No. 02–8385.  FRANKLIN v. HENSON ET AL.  C. A. 6th Cir.
Certiorari denied.

No. 02–8387.  WILSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–8388.  WELLONS v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 02–8389.  WILLIS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–8392.  DOSS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–8396.  CEJA-CISNEROS v. UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.

No. 02–8399.  DENSON v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 02–8406.  CREWS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–8413.  COLE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–8414.  CARTER v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 02–8416.  CHRISTENBURY v. NORTH CAROLINA.  Sup. Ct.
N. C.  Certiorari denied.

No. 02–8418.  COLLIER v. HENDRICKS, ADMINISTRATOR, NEW
JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–8420.  FRANCO RODRIGUEZ v. UNITED STATES.  C. A.
5th Cir.  Certiorari denied.

No. 02–8423.  CALVERT v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 02–8429.  KYLES v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 02–8431.  PADILLA-ALVAREZ v. UNITED STATES.  C. A. 5th
Cir.  Certiorari denied.